UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOC #_____

SELENDY GAY PLLC,

            Petitioner,

v.

GWENDOLYN CAMPBELL,

            Respondent.

Case No. 1:25-MC-43

[PROPOSED] ORDER TO FILE CIVIL CASE UNDER SEAL ON INTERIM BASIS

Petitioner Selendy Gay PLLC ("Petitioner") having moved to file a new civil case under seal in the traditional manner, in paper form, and the Court having reviewed the application and having found sufficient cause under Federal Rule of Civil Procedure 5.2(d) to order this case to be filed under seal on an interim basis, it is hereby

**ORDERED** that this case may be filed under seal for twenty-one (21) days. The parties are directed to proceed in accordance with the instructions for filing under seal found in the court's ECF Rules & Instructions, Rule 6.14, and present the case initiating documents to the Clerk of Court in the traditional manner, in paper form.

The Clerk is directed to restrict access to this order to the selected party viewing level and close this case.

Dated: Jan. 30, 2025
New York, NY

SO ORDERED.

By: _____Paul A. Engelmayer_____
United States District Judge