```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
SELENDY GAY PLLC,
                    Plaintiff,

     - against –

GWENDOLYN CAMPBELL,

                    Defendant.
-------------------------------X
```
**ORDER**

25 Civ. 923 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court is in receipt of plaintiff's motion to substitute Jacqueline Reses and Matthew Apfel, two individuals identified by plaintiff as the trustees of defendant Gwendolyn Campbell's estate, as defendants in this action. ECF No. 33, 33-1. Although plaintiff's supporting papers list some correspondence with the parties to be substituted, there is no indication that the parties have been served, as required by Rule 25. See Fed. R. Civ. P. 25(a)(3) ("A motion to substitute, together with a notice of hearing, must be served on the parties as provided in Rule 5 and on nonparties as provided in Rule 4. A statement noting death must be served in the same manner. Service may be made in any judicial district."); see also Falls v. Campbell, No. 17 Civ. 35 (LMS), 2020 WL 4925903, at *1 (S.D.N.Y. Aug. 21, 2020).

The Court cannot consider the motion to substitute until (i) plaintiff has properly served the motion on Reses, Apfel, and their counsel, (ii) provided proof of service, and (iii) those parties

-1-

have had an opportunity to oppose or otherwise respond.  After the formalities have been observed, the Court will consider the motion to substitute, along with plaintiff's underlying motions for confirmation of the arbitral award and default judgment.

**So ordered.**


Dated:    December 9, 2025
          New York, New York

                                   _____
                                       NAOMI REICE BUCHWALD
                                   UNITED STATES DISTRICT JUDGE