UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SELENDY GAY PLLC,

                    Petitioner,

           v.

GWENDOLYN CAMPBELL,

                    Respondent.

Case No. ___25-CV-923_____

## ~~[PROPOSED]~~ ORDER GRANTING MOTION TO SUBSTITUTE PARTIES

Pending before the Court is Petitioner Selendy Gay PLLC's ("Petitioner") Motion to Substitute Parties ("Motion"). Upon consideration of the Motion, the accompanying Memorandum of Law, and all affidavits and exhibits filed in support of the Motion, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Jacqueline Reses and Matthew Apfel are substituted for Gwendolyn Campbell as respondents in this action.

**SO ORDERED.**

Dated: *January 15, 2026*
       New York, NY

By: _Naomi Reice Buchwald_
          Naomi Reice Buchwald
          United States District Judge