UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------X
SELENDY GAY PLLC,

                        Petitioner,

                                                            **ORDER**

        v.
                                                    25 Civ. 923 (NRB)

 JACQUELINE RESES and
 MATTHEW APFEL,

                        Respondents.
---------------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    The Court is in receipt of Selendy Gay PLLC's ("Selendy Gay")

motion for default judgment as to respondents Jacqueline Reses and

Matthew Apfel.  ECF No. 46.  In earlier filings, see, e.g., ECF

No. 36 ¶ 5, Selendy Gay identified Reses and Apfel as co-executors

of former respondent Gwendolyn Campbell's estate and, as such,

requested that they be substituted as respondents following Ms.

Campbell's death.  ECF No. 33.  The Court so-ordered that motion

to substitute without the presentation of a revised caption.  ECF

No. 40.  Selendy Gay never suggested that Reses and Apfel be

substituted in any capacity other than as Ms. Campbell's executors.

Thus, the Court was taken aback when upon reviewing the instant

motion -- which sought the entry of judgment in the sum of

approximately $3 million, representing the amount owed to Selendy

Gay in attorneys' fees and other costs -- judgment was sought

against Reses and Apfel as individuals rather than against the

-1-

Estate of Ms. Campbell.  See ECF No. 47 (Proposed Order).

Accordingly, as there is no basis in law for the requested default judgment, the Court declines to sign it.  ECF Nos. 46, 47.

Further, the Court strikes the Clerk's Certificate of Default, ECF No. 45, which similarly sought to default Reses and Apfel as individuals.

Finally, all future filings in this case will bear the caption "Selendy Gay PLLC, Petitioner, v. Jacqueline Reses and Matthew Apfel, as executors of the Estate of Gwendlyn Campbell, Respondents" in the form set forth below:

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------X
SELENDY GAY PLLC,
                        Petitioner,

    v.                                              25 Civ. 923 (NRB)


JACQUELINE    RESES    and
MATTHEW     APFEL,      as
executors  of  the  ESTATE
OF GWENDOLYN CAMPBELL,

                        Respondents.
---------------------------------------------X
```

Dated:    March 10, 2026
          New York, New York

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

-2-