UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SELENDY GAY PLLC,

              Petitioner,

       v.

JACQUELINE D. RESES and MATTHEW B.
APFEL in their capacities as trustees of the
GWENDOLYN M. CAMPBELL
REVOCABLE TRUST dated January 6, 2005,
as amended,

              Respondents.

Case No. 25-CV-923 (NRB)

## [PROPOSED] ORDER GRANTING MOTION TO CONFIRM ARBITRAL AWARD

**WHEREAS**, on January 28, 2025, Petitioner Selendy Gay PLLC ("Petitioner") moved for an Order confirming the award issued in its favor by a JAMS panel of arbitrators on October 16, 2024 (the "Final Award"), ECF No. 13; and

**WHEREAS**, on January 15, 2026, the Court ordered that Jacqueline Reses and Matthew Apfel be substituted for Decedent-former Respondent Gwendolyn Campbell as respondents in this action, ECF No. 40; and

**WHEREAS**, on April 14, 2026, the caption of this action was amended to provide that Ms. Reses and Mr. Apfel are respondents solely in their capacities as trustees of the Gwendolyn M. Campbell Revocable Trust dated January 6, 2005, as amended; and

**WHEREAS**, "Ms. Reses and Mr. Apfel do not object to the entry of judgment in the above-captioned matter consistent with the JAMS Final Arbitration Award dated October 15, 2024 against Ms. Campbell, provided that any such judgment is entered solely in their representative capacities as trustees of the Trust," ECF No. 57-1 at 2;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the Motion to Confirm Arbitral Award is **GRANTED**; and further

**ORDERED** that the Clerk of Court is respectfully directed to enter judgment in favor of Petitioner Selendy Gay PLLC and against Jacqueline D. Reses and Matthew B. Apfel in their capacities as trustees of the Gwendolyn M. Campbell Revocable Trust dated January 6, 2005, as amended, in conformity with the Award, which shall include:

1.    $1,306,601 in damages on Petitioner's cause of action for Account Stated;

2.    Prejudgment interest on each unpaid invoice at the rate of 9% compounded annually, which shall run from the 91st day following the date of each unpaid invoice until the earlier of (i) payment of the Final Award, or (ii) the date of this Order, as set forth herein:

    a.    As to the invoice received by Campbell on November 19, 2021, interest at the rate of 9% compounded annually on the principal sum of $211,931.32, commencing February 18, 2022 and continuing until the earlier of (i) payment of the Final Award, or (ii) the date of this Order;

    b.    As to the invoice received by Campbell on December 9, 2021, interest at the rate of 9% compounded annually on the principal sum of $576,626.40, commencing March 10, 2022 and continuing until the earlier of (i) payment of the Final Award, or (ii) the date of this Order;

    c.    As to the invoice received by Campbell on January 20, 2022, interest at the rate of 9% compounded annually on the principal sum of $398,339.14, commencing April 21, 2022 and continuing until the earlier of (i) payment of the Final Award, or (ii) the date of this Order;

    d.    As to the invoice received by Campbell on February 22, 2022, interest at the rate of 9% compounded annually on the principal sum of $118,101.94, commencing May 24, 2022 and continuing until the earlier of (i) payment of the Final Award, or (ii) the date of this Order; and

    e.    As to the invoice received by Campbell on March 18, 2022, interest at the rate of 9% compounded annually on the principal sum of $1,601.85, commencing June 17, 2022 and continuing until the earlier of (i) payment of the Final Award, or (ii) the date of this Order;

3.    $1,249,030.12 in attorneys' fees and costs;

Case 1:25-cv-00923-NRB    Document 59    Filed 04/15/26    Page 3 of 3

4.      Prejudgment interest on the principal amount of $1,249,030.12 in attorney's fees and costs at the rate of 9% compounded annually, commencing October 16, 2024 and continuing until the earlier of (i) payment of the Final Award, or (ii) the date of this Order;

5.      $55,920.70 in JAMS fees advanced by Petitioner on Campbell's behalf;

6.      Pre-judgment interest on the principal amount of $55,920.70 of JAMS fees advanced by Petitioner on Campbell's behalf at the statutory rate of 9% simple interest, commencing October 16, 2024 and continuing until the earlier of (i) payment of the Final Award, or (ii) the date of this Order; and

7.      Post-judgment interest at the legal rate.

Dated:  April 16, 2026
        New York, NY

                                    **SO ORDERED.**

                          By:  _____
                               United States District Judge

3