UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SELENDY GAY PLLC,

              Petitioner,

      v.

JACQUELINE D. RESES and MATTHEW B.
APFEL in their capacities as trustees of the
GWENDOLYN M. CAMPBELL
REVOCABLE TRUST dated January 6, 2005,
as amended,

              Respondents.

Case No. 25-CV-923 (NRB)

## [PROPOSED] JUDGMENT

**WHEREAS,** on April 16, 2026, the Court granted Petitioner Selendy Gay PLLC's Motion

to Confirm Arbitral Award and directed judgment be entered in favor of Petitioner, ECF No. 60;

It is hereby **ORDERED AND ADJUDGED** that for the reasons stated in the Court's April

16, 2026 Order that judgment is hereby entered in favor of Petitioner against Jacqueline D. Reses

and Matthew B. Apfel in their capacities as trustees of the Gwendolyn M. Campbell Revocable

Trust dated January 6, 2005, as amended, in the amount of **$3,340,007.99 plus post-judgment**

**interest at the legal rate.**

Dated: _April 28, 2026_
      New York, NY

By: _____
        Hon. Naomi Reice Buchwald
        United States District Judge